BILL MARSHALL v. STATE.

No. A-4901.    Opinion Filed April 4, 1925.
(234 Pac. 1117.)

Appeal from County Court, Hughes County; Owen H. Rives, Judge.

Bill Marshall was convicted of the illegal sale of whisky, and appealed. Appeal dismissed.

W. B. Toney, for plaintiff in error.

The Attorney General and G. B. Fulton, Asst. Atty. Gen., for the State.

PER CURIAM. Bill Marshall, plaintiff in error, was convicted of the offense of unlawfully selling whisky to Russ Artman on the 8th day of July, 1922, with his punishment assessed at a fine of $250 and 90 days' confinement in the county jail. Upon a due showing made by the attorney for the plaintiff in error and the Attorney General, it appears that the plaintiff in error is now deceased. It is therefore ordered that the proceedings here be abated, and the appeal dismissed.